# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 25, 2015

## NO. 03-14-00306-CR

**Wesley Eugene Perkins, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the judgment of guilty rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of guilty. Therefore, the Court affirms the trial court's judgment of guilty. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.